UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

In re: §
§
SCHROTH, STEVEN AARON § Case No. 14-33932 MAW
SCHROTH, DANIELLE MARIE §
§
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 10/28/2014 . The undersigned trustee was appointed on 10/28/2014 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of             $     1,523.97

   Funds were disbursed in the following amounts:

   | | |
   |---|---|
   | Payments made under an interim disbursement | 0.00 |
   | Administrative expenses | 0.00 |
   | Bank service fees | 0.00 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |

   Leaving a balance on hand of[1]        $     1,523.97

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was 05/18/2015 and the deadline for filing governmental claims was 05/18/2015 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 380.99 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 380.99 , for a total compensation of $ 380.99 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 42.17 , for total expenses of $ 42.17 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 08/12/2015     By: /s/Douglas A. Dymarkowski
                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit A

| Case No: | 14-33932 MAW Judge: MARY ANN WHIPPLE | Trustee Name: | Douglas A. Dymarkowski |
|---|---|---|---|
| Case Name: | SCHROTH, STEVEN AARON | Date Filed (f) or Converted (c): | 10/28/14 (f) |
| | SCHROTH, DANIELLE MARIE | 341(a) Meeting Date: | 12/22/14 |
| For Period Ending: | 08/12/15 | Claims Bar Date: | 05/18/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Single family dwelling 235 Coe Street Tiffin, OH 4 | 120,000.00 | 0.00 | OA | 0.00 | FA |
| 2. Checking account Legacy Federal Credit Union Tiffi | 0.00 | 0.00 | | 0.00 | FA |
| 3. Savings account5.00 Legacy Federal Credit Union Ti | 0.00 | 0.00 | | 0.00 | FA |
| 4. Kitchen table and four chairs, computer desk, couc | 980.00 | 0.00 | | 0.00 | FA |
| 5. Refrigerator, freezer, stove, washer, dryer, micro | 420.00 | 0.00 | | 0.00 | FA |
| 6. Miscellaneous household goods | 3,000.00 | 0.00 | | 0.00 | FA |
| 7. 52" LG Plasma TV, BlueRay surround sound, HP lapto | 1,500.00 | 0.00 | | 0.00 | FA |
| 8. Lawn mower, electric weed wacker, snowblower, misc | 900.00 | 0.00 | | 0.00 | FA |
| 9. Books | 250.00 | 0.00 | | 0.00 | FA |
| 10. Women's clothing | 600.00 | 0.00 | | 0.00 | FA |
| 11. Men's clothing | 300.00 | 0.00 | | 0.00 | FA |
| 12. Two wedding bands, Pandora, earrings, right hand r | 1,650.00 | 0.00 | | 0.00 | FA |
| 13. SCCY - CPX-2 9mm hand gun | 150.00 | 0.00 | | 0.00 | FA |
| 14. Barretta - 92FS 9mm hand gun | 300.00 | 0.00 | | 0.00 | FA |
| 15. Three boxes of ammunition | 45.00 | 0.00 | | 0.00 | FA |
| 16. Bicycles and scooters | 145.00 | 0.00 | | 0.00 | FA |
| 17. Miscellaneous balls and exercise equipment | 150.00 | 0.00 | | 0.00 | FA |
| 18. Genworth Life Insurance Life insurance policy | 0.00 | 0.00 | | 0.00 | FA |
| 19. Life Insurance Policy CUNA Mutual Group | 0.00 | 0.00 | | 0.00 | FA |
| 20. Roth IRA Legacy Federal Credit Union | 16,163.81 | 0.00 | | 0.00 | FA |
| 21. 401K | 30,000.00 | 0.00 | | 0.00 | FA |
| 22. 2014 Federal and State Income Tax Refund | 0.00 | 1,523.97 | | 1,523.97 | FA |
| 23. 2001 Honda Odyssey | 1,981.00 | 0.00 | | 0.00 | FA |
| 24. 1999 Jeep Grand Cherokee | 3,158.00 | 0.00 | | 0.00 | FA |
| 25. 2008 Kawasaki Vulcan 900 Custom Motorcycle | 3,703.00 | 0.00 | | 0.00 | FA |
| 26. One dog and one cat | 50.00 | 0.00 | | 0.00 | FA |

Case No: 14-33932 MAW Judge: MARY ANN WHIPPLE   Trustee Name: Douglas A. Dymarkowski
Case Name: SCHROTH, STEVEN AARON   Date Filed (f) or Converted (c): 10/28/14 (f)
SCHROTH, DANIELLE MARIE   341(a) Meeting Date: 12/22/14
Claims Bar Date: 05/18/15

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 27. 5/3 Bank Account (u) | 0.00 | 0.00 | | 0.00 | FA |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $185,445.81 | $1,523.97 | | $1,523.97 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

2014 TAX REFUND - MTO FILED - 4/28/15 requested $1,523.97 - funds received

BANK ACCOUNT(S) - MTO FILED - balance worked into tax calculation using exemptions - ABANDON

VEHICLE - Claim for one vehicle with no lien or exemption - given the age and value of the vehicle, there would not be sufficient funds to the estate if it were sold at auction - ABANDON

Submitted TFR 8/12/15

Initial Projected Date of Final Report (TFR): 10/28/15    Current Projected Date of Final Report (TFR): 08/15/15

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1
Exhibit B

| | |
|---|---|
| Case No: | 14-33932 -MAW |
| Case Name: | SCHROTH, STEVEN AARON |
| | SCHROTH, DANIELLE MARIE |
| Taxpayer ID No: | *******2856 |
| For Period Ending: | 08/12/15 |

| | |
|---|---|
| Trustee Name: | Douglas A. Dymarkowski |
| Bank Name: | Union Bank |
| Account Number / CD #: | *******8225 UBOC - Checking Account |
| Blanket Bond (per case limit): | $ 2,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/24/15 | 22 | DAWN ROOT, ATTORNEY IOLTA ACCOUNT | Tax Refund | 1124-000 | 1,523.97 | | 1,523.97 |

<br>

| | | | |
|---|---:|---:|---:|
| COLUMN TOTALS | 1,523.97 | 0.00 | 1,523.97 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 1,523.97 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 1,523.97 | 0.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---:|---:|---:|
| UBOC - Checking Account - ********8225 | 1,523.97 | 0.00 | 1,523.97 |
| | 1,523.97 | 0.00 | 1,523.97 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 1,523.97 0.00

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Date: August 12, 2015

Case Number: 14-33932
Debtor Name: SCHROTH, STEVEN AARON
Claims Bar Date: 05/18/15

Claim Number Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000001 070 7100-00 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured<br>ALLOW | Filed 02/11/15 | $4,972.26 | $5,160.28 | $5,160.28 |
| 000002 070 7100-00 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Unsecured<br>ALLOW | Filed 02/17/15 | $47.38 | $74.38 | $74.38 |
| 000003 070 7100-00 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Unsecured<br>ALLOW | Filed 02/17/15 | $179.76 | $242.16 | $242.16 |
| 000004 070 7100-00 | Fifth Third Bank<br>PO Box 9013<br>Addison, Texas 75001 | Unsecured<br>ALLOW | Filed 02/20/15 | $5,084.36 | $5,195.42 | $5,195.42 |
| 000005 070 7100-00 | RFFC Financial LLC<br>2912 W Davis St, Ste 200<br>Conroe TX 77304 | Unsecured<br>ALLOW | Filed 02/26/15 | $1,847.00 | $1,816.39 | $1,816.39 |
| 000006 070 7100-00 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured<br>ALLOW | Filed 02/27/15 | $282.34 | $317.34 | $317.34 |
| 000007 070 7100-00 | Western Reserve Anesthesia Assoc.<br>PO Box 821350<br>Vancouver, WA 98682-0030 | Unsecured<br>ALLOW | Filed 04/07/15 | $199.00 | $199.00 | $199.00 |
| 000008 070 7100-00 | Cavalry Spv I, LLC<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Road, Suite #200<br>Tucson, AZ 85712 | Unsecured<br>ALLOW | Filed 04/30/15 | $793.57 | $887.59 | $887.59 |
| 000009 070 7100-00 | Synchrony Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Unsecured<br>ALLOW | Filed 05/12/15 | $264.84 | $348.32 | $348.32 |
| 000010 070 7100-00 | Synchrony Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Unsecured<br>ALLOW | Filed 05/12/15 | $1,362.28 | $1,486.47 | $1,486.47 |
| 000011 070 7100-00 | Synchrony Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Unsecured<br>ALLOW | Filed 05/12/15 | $374.18 | $459.83 | $459.83 |

Case Number: 14-33932
Debtor Name: SCHROTH, STEVEN AARON
Claims Bar Date: 05/18/15

Claim Number Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---:|---:|---:|
| 000012 070 7100-00 | Synchrony Bank c/o Recovery Management Systems Corp 25 SE 2nd Ave Suite 1120 Miami FL 33131-1605 | Unsecured ALLOW | Filed 05/12/15 | $102.85 | $178.85 | $178.85 |
| 000013 070 7100-00 | Synchrony Bank c/o Recovery Management Systems Corp 25 SE 2nd Ave Suite 1120 Miami FL 33131-1605 | Unsecured ALLOW | Filed 05/12/15 | $5,585.55 | $5,585.55 | $5,585.55 |
| 000014 070 7100-00 | Synchrony Bank c/o Recovery Management Systems Corp 25 SE 2nd Ave Suite 1120 Miami FL 33131-1605 | Unsecured ALLOW | Filed 05/12/15 | $2,877.46 | $3,029.33 | $3,029.33 |
| 000015 070 7100-00 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A. Resurgent Capital Services PO Box 19008 Greenville, SC 29602 | Unsecured ALLOW | Filed 05/12/15 | $2,015.36 | $2,854.00 | $2,854.00 |
| | Case Totals: | | | $25,988.19 | $27,834.91 | $27,834.91 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 14-33932 MAW  
Case Name: SCHROTH, STEVEN AARON  
                SCHROTH, DANIELLE MARIE  
Trustee Name: Douglas A. Dymarkowski

          Balance on hand                                    $       1,523.97

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Douglas A. Dymarkowski | $ 380.99 | $ 0.00 | $ 380.99 |
| Trustee Expenses: Douglas A. Dymarkowski | $ 42.17 | $ 0.00 | $ 42.17 |

     Total to be paid for chapter 7 administrative expenses         $       423.16

     Remaining Balance                                               $       1,100.81

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

     Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 27,834.91 have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 4.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank | $ 5,160.28 | $ 0.00 | $ 204.08 |
| 000002 | Quantum3 Group LLC as agent for | $ 74.38 | $ 0.00 | $ 2.94 |
| 000003 | Quantum3 Group LLC as agent for | $ 242.16 | $ 0.00 | $ 9.58 |
| 000004 | Fifth Third Bank | $ 5,195.42 | $ 0.00 | $ 205.47 |
| 000005 | RFFC Financial LLC | $ 1,816.39 | $ 0.00 | $ 71.83 |
| 000006 | Capital One Bank (USA), N.A. | $ 317.34 | $ 0.00 | $ 12.55 |
| 000007 | Western Reserve Anesthesia Assoc. | $ 199.00 | $ 0.00 | $ 7.87 |
| 000008 | Cavalry Spv I, LLC | $ 887.59 | $ 0.00 | $ 35.10 |
| 000009 | Synchrony Bank | $ 348.32 | $ 0.00 | $ 13.78 |
| 000010 | Synchrony Bank | $ 1,486.47 | $ 0.00 | $ 58.79 |
| 000011 | Synchrony Bank | $ 459.83 | $ 0.00 | $ 18.18 |
| 000012 | Synchrony Bank | $ 178.85 | $ 0.00 | $ 7.07 |
| 000013 | Synchrony Bank | $ 5,585.55 | $ 0.00 | $ 220.90 |
| 000014 | Synchrony Bank | $ 3,029.33 | $ 0.00 | $ 119.80 |
| 000015 | PYOD, LLC its successors and assigns as | $ 2,854.00 | $ 0.00 | $ 112.87 |

Total to be paid to timely general unsecured creditors   $   1,100.81

Remaining Balance   $   0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE